UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
 ---------------------------------------------------------------- x
In re:

                                      Case No. 14-74245 (AST)

LAURIE A. WAGNER,

                                      Chapter 7

                           Debtor.
 ---------------------------------------------------------------- x
WALTER G. WAGNER,

                           Plaintiff,

                                        Adv. Pro. No. 14-08291-ast

        – against –

LAURIE A. WAGNER,

                           Defendant.

 ---------------------------------------------------------------- x

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                          )
COUNTY OF SUFFOLK    )     ss.:

       Carol Smith, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides at West Islip, New York.

       On October 28, 2014, deponent served true copies of the following:

                    SUMMONS AND COMPLAINT IN AN
               ADVERSARY PROCEEDING WITH EXHIBITS

upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid properly addresses wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

*U.S. Trustee*
*Long Island Federal Courthouse*
*560 Federal Plaza, Room 560*
*Central Islip, NY  11722-4437*

*R. Kenneth Barnard, Esq.*
*3305 Jerusalem Avenue, Ste. 215*
*Wantagh, NY  11793*

*J. Gary Waldvogel, Esq.*
*Waldvogel and Peterson, Esqs.*
*732 Smithtown Bypass*
*Smithtown, NY  11787-5020*

*Laurie A. Wagner*
*24 Ashland Street*
*Mt. Sinai, NY  11766*

*/s/ Carol Smith_____*
*Carol Smith*

Sworn to before me this
28th day of October, 2014

*/s/ Janine M. Zarrilli____*
Notary Public, State of New York
No. 01ZA5084708
Qualified in Nassau County
Commission Expires September 8, 2017